| Report: CZR0026 | 23RD JUDICIAL CIRCUIT<br>JEFFERSON<br>CIRCUIT COURT DOCKET SHEET | Date: 05-Jun-2015<br>Time: 8:41:23AM<br>Page: 1 |
|---|---|---|

| **15JE-CC00346** | **ANNIE KRAH V DDR CORP.** | **Security Level: 1 Public** |
|---|---|---|

| **Case Type:** | CC Pers Injury-Other | **Case Filing Date:** | 30-Apr-2015 |
|---|---|---|---|
| **Status:** | Pet Filed in Circuit Ct | | |
| **Disposition:** | | **Disposition Date:** | |

|  |  | **Release/Status<br>Change Date** | **Reason** |
|---|---|---|---|
| Judge | **ROBERT G WILKINS (27975)** | | |
| Plaintiff | **ANNIE LOUISE KRAH (KRAAL5856)** | | |
| Attorney for Plaintiff | JEREMY ANDREW GOGEL (61866) | | |
| Defendant | **DDR CORP (@116826)** | | |

| **Filing Date** | **Description** |
|---|---|
| 30-Apr-2015 | **Judge Assigned** |
| | **Pet Filed in Circuit Ct** |
| | Petition. |
| | **On Behalf Of:** ANNIE LOUISE KRAH |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** JEREMY A GOGEL |
| 01-May-2015 | **Summons Issued-Circuit** |
| | Document ID: 15-SMCC-770, for DDR CORP.. |
| | **Service/Attempt Date:** 06-May-2015 |
| | **Case Review Scheduled** |
| | **Scheduled For:** 10-Aug-2015; 9:29 AM; ROBERT G WILKINS; **Setting:** 0; Jefferson CONTROL DATE |
| 11-May-2015 | **Return Service  - Other** |
| | Document ID - 15-SMCC-770;  Served To - DDR CORP.;  Server - SO ST LOUIS COUNTY-CLAYTON;  Served Date - 06-MAY-15;  Served Time - 09:00:00;  Service Type - Sheriff Department;  Reason Description - Other |

**15JE-CC00346**

Electronically Filed - Jefferson - April 30, 2015 - 04:24 PM

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| **ANNIE KRAH** ) | |
| ) | |
| 5348 Benck Rd. ) | |
| Imperial, MO 63052 ) | |
| ) | |
| Plaintiff, ) | Cause No. |
| ) | |
| v. ) | Division No. |
| ) | |
| **DDR CORP.** ) | |
| ) | **Jury Trial Demanded** |
| Please Serve Registered Agent At: ) | |
| ) | **Damages Exceed $25,000** |
| **CT Corporation** ) | |
| **120 South Central Ave.** ) | |
| **Clayton, MO 63105** ) | |
| ) | |
| Defendant. ) | |

### PETITION

**COMES NOW** Plaintiff, Annie Krah, by and through her undersigned attorney, and for her cause of action against Defendant DDR Corp., states the following:

1.     Plaintiff Annie Krah is a citizen and resident of Jefferson County, Missouri.

2.     Defendant DDR Corp. is a limited liability company in good standing in the State of Missouri, and the owner of the property located at 3835 Vogel Rd Arnold, Missouri 63010.

3.     This cause of action is for legal relief against Defendant for negligent acts or omissions as described below.

4.     All of the occurrences herein mentioned occurred in Jefferson County, Missouri, and therefore, venue is proper in this Court pursuant to RSMo. § 508.010(4).

1

Electronically Filed - Jefferson - April 30, 2015 - 04:24 PM

5.      On or about October 28, 2014, Plaintiff was a guest at the premises identified in paragraph 2, above, when she was injured after her shopping cart fell into a hole that was obstructed by the items in the shopping cart, causing Plaintiff to fall to the ground.

6.      As a guest of Defendant's, Plaintiff enjoyed the status of an invitee of Defendant.

7.      As a result of the fall, Plaintiff was caused to suffer significant injuries necessitating medical treatment.

8.      The pothole was a dangerous condition on Defendant's property at the time of Plaintiff's injury in that Defendant failed to exercise reasonable care to protect Plaintiff in one or more of the following respects:

   a)     failure to properly and adequately keep invitees away from the pothole;

   b)     failure to protect or warn Plaintiff about the pothole;

   c)     failure to provide a safe means of ingress and egress at the site of the location where Plaintiff's injury occurred;

   d)     negligently failing to remove the pothole.

9.      The dangerous condition of the path created a reasonably foreseeable risk of harm of the kind of injury which occurred to Plaintiff.

10.     The dangerous condition on the property needlessly endangered the public and those using Defendant's premises.

11.     Defendant, through its agents and employees knew or should have known of this dangerous condition in sufficient time prior Plaintiff's injury to have taken measures to protect Plaintiff against this dangerous condition.

Electronically Filed - Jefferson - April 30, 2015 - 04:24 PM

12.     Defendant had the obligation to maintain its premises in a reasonably safe condition, yet failed to do so.

13.     As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious injuries to her body.

14.     Plaintiff has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for her injuries.

15.     Plaintiff has suffered pain and suffering in the past and will do so in the future.

**WHEREFORE**, Plaintiff Annie Krah prays for judgment against Defendant DDR Corp. in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), that will fairly and reasonably compensate her for her injuries and damages, for the losses she has sustained and will sustain in the future, for the cost of these proceedings, and for any further just and proper relief.

RESPECTFULLY SUBMITTED,

THE GOGEL LAW FIRM,

*/s/ Jeremy A. Gogel*

_____

Jeremy A. Gogel, #61866
4542 West Pine Boulevard
St. Louis, Missouri 63108
Phone: (314) 775-3864
Fax:    (314) 531-1069
Email: jeremy@gogellawfirm.com
**Attorney for Plaintiff**

3

**15JE-CC00346**

Electronically Filed - Jefferson - April 30, 2015 - 04:24 PM

```
================================================================
                       CASE INFORMATION
================================================================
```

DATE:  4/30/15
COURT LOCATION:  Jefferson County - Circuit Court
CASE TYPE:  TF - Personal Injury-Other
CASE STYLE:  ANNIE KRAH V. DDR CORP.

```
================================================================
                       PARTY INFORMATION
================================================================
```

PARTY TYPE:  PLT - Plaintiff
SSN:
FIRST NAME:  ANNIE
MIDDLE NAME:
LAST NAME:  KRAH
SUFFIX:
GENDER:
DOB:  04/16/1964
E-MAIL:
PHONE:
ADDRESS:
 5348 BENK RD.
 IMPERIAL, MO 63052
FILER:  61866 - JEREMY ANDREW GOGEL

--------------------------------------------------------------------------------------------------------

PARTY TYPE:  DFT - Defendant
EIN:
ORGANIZATION:  DDR CORP.
E-MAIL:
PHONE:
ADDRESS:
 120 SOUTH CENTRAL AVE.
 CLAYTON, MO 63105

```
================================================================
                     SUBMITTER INFORMATION
================================================================
```

SUBMITTED BY:  61866 - Jeremy Andrew Gogel
PHONE:  (314) 775-3864
E-MAIL:  jeremy@gogellawfirm.com
ADDRESS:
 JEREMY A. GOGEL
 4542 WEST PINE BOULEVARD
 SAINT LOUIS, MO 63108



# IN THE 23RD JUDICIAL CIRCUIT COURT, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ROBERT G WILKINS | **Case Number: 15JE-CC00346** |
| Plaintiff/Petitioner:<br>ANNIE LOUISE KRAH<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>12161 COUNTRY MANOR LANE<br>CREVE COEUR, MO 63141 |
| Defendant/Respondent:<br>DDR CORP. | Court Address:<br>P O BOX 100<br>300 MAIN ST |
| Nature of Suit:<br>CC Pers Injury-Other | HILLSBORO, MO 63050 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** DDR CORP.
Alias:

CT CORPORATION
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

**COURT SEAL OF**



**JEFFERSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

DATE: 05/01/15

MICHAEL REUTER- CIRCUIT CLERK
BY: /s/ TRACI VANMATRE- DEPUTY CLERK

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
_____ _____
Date                    Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $. _____ per mile) |
| **Total** | $ _____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

S/B
5-31



# IN THE 23RD JUDICIAL CIRCUIT COURT, JEFFERSON COUNTY, MISSOURI

| Judge or Division:<br>ROBERT G WILKINS | Case Number: 15JE-CC00346 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANNIE LOUISE KRAH<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>12161 COUNTRY MANOR LANE<br>CREVE COEUR, MO 63141 | F I L E D<br>MAY 1 1 2015 |
| Defendant/Respondent:<br>DDR CORP.<br>Nature of Suit:<br>CC Pers Injury-Other | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | MICHAEL E. REUTER<br>CIRCUIT CLERK<br>(Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **DDR CORP.**
Alias:

CT CORPORATION
120 SOUTH CENTRAL AVE.
CLAYTON, MO 63105

3O CTCOR B

**COURT SEAL OF**

MAY 1 - 2015

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

DATE: 05/01/15

MICHAEL REUTER- CIRCUIT CLERK
BY: /s/ TRACI VANMATRE- DEPUTY CLERK

**JEFFERSON COUNTY**

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ CT CORP. LCW – B. LOVE (address)
in _____ (County/City of St. Louis), MO, on MAY 06 2015 (date) at 9 (time).

Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date _____ Notary Public

**Sheriff's Fees**
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ____ ( ____ miles @ $. ____ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

15-SMCC-3418



I certify and attest that the above is a true copy of the original record of the Court in case number _15JE-CC00346_ as it appears on file in my office.

Issued _6-4-15_

**Michael E. Reuter**, Circuit Clerk
Jefferson County Circuit Court

By _Traci VanMatre_
Deputy Clerk