UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANNIE KRAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cv-00887-AGF |
| | ) | |
| DDR CORP., | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge David D. Noce. (Doc. No. 14.) On November 2, 2015, Magistrate Judge Noce filed his Report and Recommendation, recommending that the Court remand this matter to the Circuit Court of Jefferson County, Missouri, in which it was filed. Neither party has filed objections to the Report and Recommendation, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that this matter should be remanded.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remand this matter to the Circuit Court of Jefferson County, Missouri, in which it was filed.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2015.